UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMERICA BANK & TRUST, N.A. as Personal Representative of the Estate of Prince Rogers Nelson,<br><br>Plaintiff,<br><br>vs.<br><br>KIAN ANDREW HABIB,<br><br>Defendant. | File No.:  1:17-CV-12418-LTS |

### ORDER FOR ENTRY OF A PERMANENT INJUNCTION AGAINST DEFENDANT KIAN ANDREW HABIB

This matter is before the Court on Plaintiff's Motion for Entry of a Permanent Injunction against Defendant Kian Andrew Habib.  Based on all the files, records, and proceedings herein, and the arguments of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Entry of a Permanent Injunction is granted.

2. Defendant Kian Andrew Habib, his agents, and all other persons and entities in active concert or participation with him are **PERMANENTLY ENJOINED** from copying, using, offering for sale or selling, marketing, distributing, trafficking in, publishing, circulating on Twitter, YouTube, or other online platform, performing, or displaying unauthorized copies of Prince music, including but not limited to unauthorized recordings of live Prince performances, or otherwise infringing any of Plaintiff's copyright rights and/or the rights of the Estate of Prince Rogers Nelson and its ultimate heirs in its copyrighted works.

1

SO ORDERED.

Dated: May 13, 2020

\_\_/s/ Leo T. Sorokin_____
Leo T. Sorokin
United States District Judge