UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:17-cv-12418-LTS

COMERICA BANK & TRUST, N.A.
*as Personal Representative of the Estate of Prince Rogers Nelson*
*Plaintiff,*

v.

KIAN ANDREW HABIB
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 129) issued on May 13, 2020, allowing Plaintiff's Motion for Permanent Injunction, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

May 14, 2020